1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hwang,<br><br>            Plaintiff(s),<br><br>    v.<br><br>WH Shipping LLC,<br><br>            Defendant(s). | 10-02382 HRL<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

United States District Court
Northern District of California

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
10-02382 HRL                                                -1-

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2   to an e-mail directed to adr@cand.uscourts.gov.

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5   required, to occur <u>before</u> the Case Management Conference.

8   Dated: July 21, 2010

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:   Timothy J. Smagacz

                                  *Timothy Smagacz* (signature)
                                  ADR Program Administrator
                                  415-522-4205
                                  Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

PROOF OF SERVICE

Case Name:        Hwang v. WH Shipping LLC

Case Number:      10-02382 HRL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 21, 2010, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Eugene Steven Alkana
> Attorney at Law
> 131 N El Molino Ave #310
> Pasadena, CA 91101
> eugenealkana@mindspring.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[x] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

>Richard James Colosimo
>494 Eighth Avenue
>7th Floor
>PO Box 43186, Montclair, NJ 07043
>New York, NY 10001
>rick@asdworld.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 21, 2010 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:    Timothy J. Smagacz
>
>_____
>ADR Program Administrator
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov