UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEMMA HWANG,

        Plaintiff(s),

   v.

WH SHIPPING, LLC, et al.,

        Defendant(s).
_____/

No. C 10-CV-02382 (HRL)

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 28, 2010

/s/ Eugene S. Alkana
Signature

Counsel for Plaintiff GEMMA HWANG
(Plaintiff, Defendant or indicate "pro se")