*E-FILED 07-29-2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEMMA HWANG,** | ) CASE NO. 10-CV-02382 (HRL) |
| **Plaintiff,** | ) ORDER GRANTING RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME |
| vs. | ) ~~(PROPOSED)~~ |
| **WH SHIPPING, LLC, et al.,** | ) |
| **Defendants.** | ) [Re: Docket No. 10] |

The request by plaintiff's counsel, Eugene S. Alkana and Stipulation by the parties to extend the time and continue the date for hearing of the Initial Case Management Conference having been considered by the Court, and

GOOD CAUSE HAVING BEEN FOUND, the Court hereby GRANTS counsel's request to extend the time and continue the initial case management conference to a date after August 19, 2010. The new date for the case management conference is **August 31, 2010, 1:30 p.m.**.

It is so ordered.

Dated: __July 29__, 2010

_____
U.S. MAGISTRATE JUDGE
Howard R. Lloyd