LAW OFFICES OF EUGENE S. ALKANA
EUGENE S. ALKANA, ESQ., Bar No. 60411
131 N. El Molino Avenue
Suite 310
Pasadena, California 91101
626/796-8170 Telephone
626/795-6138 Facsimile

Attorney for Plaintiff
GEMMA HWANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEMMA HWANG,** | CASE NO. 10-CV-02382 (HRL) |
| **Plaintiff,** | REQUEST BY COUNSEL FOR PLAINTIFF FOR ORDER ALLOWING TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; ORDER (PROPOSED) |
| vs. | |
| **WH SHIPPING, LLC, et al.,** | |
| **Defendants.** | CMC: August 31, 2010<br>Courtroom 2 |

TO THE HONORABLE COURT IN THE ABOVE-STYLED CASE:

Eugene S. Alkana, counsel for the Plaintiff in the above-styled case, respectfully requests an order by the court allowing Plaintiff's counsel to appear telephonically in lieu of personal appearance at the Initial Case Management Conference scheduled in Courtroom 2 on August 31, 2010, at 1:30 p.m.

Dated: August 26, 2010                 Respectfully submitted,

LAW OFFICES OF EUGENE S. ALKANA

/s/ Eugene S. Alkana
Eugene S. Alkana, Esq., CA SBN 60411
131 N. El Molino Avenue, Suite 310
Pasadena, California 91101
626/796-8170 Telephone
626/795-6138 Facsimile
*eugenealkana@mindspring.net*
Attorney for Plaintiff GEMMA HWANG

1  IT IS HEREBY ORDERED that Eugene S. Alkana, counsel for Plaintiff in the above-styled case, may appear telephonically at the Initial Case Management Conference on August 31, 2010.

Dated: _____

                                  Hon. Howard R. Lloyd
                                  Magistrate Judge
                                  United States District Court