| | |
|---|---|
| LAW OFFICES OF EUGENE S. ALKANA<br>EUGENE S. ALKANA, ESQ., Bar No. 60411<br>131 N. El Molino Avenue<br>Suite 310<br>Pasadena, California 91101<br>626/796-8170 Telephone<br>626/795-6138 Facsimile | *E-FILED 08-27-2010* |

Attorney for Plaintiff
GEMMA HWANG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GEMMA HWANG,** | ) | CASE NO. 10-CV-02382 (HRL) |
| | ) | |
| **Plaintiff,** | ) | REQUEST BY COUNSEL FOR PLAINTIFF |
| | ) | FOR ORDER ALLOWING TELEPHONIC |
| vs. | ) | APPEARANCE AT INITIAL CASE |
| | ) | MANAGEMENT CONFERENCE; ORDER |
| **WH SHIPPING, LLC, et al.,** | ) | ~~(PROPOSED)~~ |
| | ) | |
| **Defendants.** | ) | CMC: August 31, 2010 |
| | ) | Courtroom 2 |

**[Re: Docket No. 12]**

TO THE HONORABLE COURT IN THE ABOVE-STYLED CASE:

Eugene S. Alkana, counsel for the Plaintiff in the above-styled case, respectfully requests an order by the court allowing Plaintiff's counsel to appear telephonically in lieu of personal appearance at the Initial Case Management Conference scheduled in Courtroom 2 on August 31, 2010, at 1:30 p.m.

Dated:  August 26, 2010            Respectfully submitted,

LAW OFFICES OF EUGENE S. ALKANA

 /s/ Eugene S. Alkana
Eugene S. Alkana, Esq., CA SBN 60411
131 N. El Molino Avenue, Suite 310
Pasadena, California 91101
626/796-8170 Telephone
626/795-6138 Facsimile
*eugenealkana@mindspring.net*
Attorney for Plaintiff GEMMA HWANG

1

1
2    IT IS HEREBY ORDERED that Eugene S. Alkana, counsel for Plaintiff in the above-
3 styled case, may appear telephonically at the Initial Case Management Conference on August 31,
4 2010.  **Counsel shall make appropriate arrangements with CourtCall at 866-582-6878 to initiate the call to the court just prior to the time appointed for the conference.**
5
  Dated:   August 27, 2010
6
7
8    _____
     Hon. Howard R. Lloyd
     Magistrate Judge
9    United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28