*E-FILED 08-27-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICARDO VILLANUEVA and ROGELIO TOPETE,<br><br>  Plaintiffs,<br><br> v.<br><br>AKKAYA, INC. dba RISTORANTE DON GIOVANNI, JOHN AKKAYA, and DOES 1-10,<br><br>  Defendants. | No. C10-02342 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re:  Docket No. 8] |

Pursuant to the stipulation of the parties, IT IS ORDERED THAT:

1. The initial case management conference scheduled for August 31, 2010 is **continued to September 28, 2010, 1:30 p.m.**

2. Defendants shall file an answer or other responsive pleading to the Complaint on or before Monday, August 30, 2010.

3. The parties shall file a joint case management statement by **September 21, 2010**.

4. No later than **September 21, 2010**, each party shall file either a consent or declination to proceed before a United States Magistrate Judge.  The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

Dated:    August 27, 2010



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-02342-HRL Notice has been electronically mailed to:

2  Gregory John Antone:   GregoryGJALaw@aol.com

3  Adam Wang       adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

4  Adam Lee Pedersen       alpedersen@gmail.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2