UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------X
GEMMA HWANG,

                      Plaintiff,                    Case No.: 10-cv-02382 (HRL)

              -against-

WH SHIPPING LLC, WOLFHOUND SERVICES      **<u>ORDER</u>  GRANTING REQUEST**
CORP., NAMAHAGI VENTURES LLC,               **FOR TELEPHONIC APPEARANCE**
RICHARD J. COLOSIMO, MICHAEL A. PRINCI,
GULF HOLDINGS GROUP, and DOES 1-100;

                                                        [Re:  Docket No. 15]
                      Defendants.
-------------------------------------------------------------X

        IT IS ORDERED THAT:

Richard J. Colosimo, counsel for Defendants WH Shipping LLC ("WH Shipping"), Wolfhound Services Corp. ("Wolfhound Services"), Namahagi Ventures LLC ("Namahagi"), Richard J. Colosimo ("Colosimo") and Michael A. Princi ("Princi") (collectively, the "Defendants"), may appear by telephone at the Initial Case Management Conference scheduled for 1:30 pm on August 31, 2010.

Counsel shall coordinate with Counsel for Plaintiff to make appropriate arrangements with CourtCall at 866-582-6878 to initiate the call to the Court just prior to the time appointed for the conference.

Dated:   August 30, 2010                                       _____
                                                                  Hon. Howard R. Lloyd
                                                                  Magistrate Judge
                                                                  United States District Court for the
                                                                      Northern District of California