**\*E-FILED 08-31-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG, | No. C10-02382 HRL |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI; GULF HOLDINGS GROUP, | |
| Defendants. | |

On August 31, 2010, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties shall contact the chambers Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

The following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | January 7, 2011 |
| Designation of Experts with Reports | January 28, 2011 |
| Designation of Rebuttal Experts with Reports | February 18, 2011 |
| Expert Discovery Cutoff | March 18, 2011 |
| Last Day for Hearing on Dispositive Motions | May 3, 2011, 10:00 a.m. |
| Final Pretrial Conference | June 21, 2011, 1:30 p.m. |
| Bench Trial (estimated 4 days) | June 27, 2011 |

Any motions to compel fact discovery must be filed no later than seven days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven days after the Expert Discovery Cutoff. (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

SO ORDERED.

Dated: August 31, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website (www.cand.uscourts.gov).

2

1  5:10-cv-02382-HRL Notice has been electronically mailed to:

2  Eugene Steven Alkana     eugenealkana@mindspring.com

3  Richard J Colosimo     rick@asdworld.com

4  Richard James Colosimo     rick@asdworld.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.