UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------X
GEMMA HWANG,

              Plaintiff,

-against-

WH SHIPPING LLC, WOLFHOUND SERVICES CORP., NAMAHAGI VENTURES LLC, RICHARD J. COLOSIMO, MICHAEL A. PRINCI, GULF HOLDINGS GROUP, and DOES 1-100;

              Defendants.
-----------------------------------------------------------X

\*E-FILED 12-08-2010\*

Case No.: 10-cv-02382 (HRL)

**JOINT CONSENT ORDER EXTENDING DEADLINE FOR MEDIATION**

[Re:  Docket No. 26]

ORDER

This matter having been raised to the Court by Richard J. Colosimo, attorney for WH Shipping et al., Defendants, with the consent of Law Offices of Eugene S. Alkana, attorneys for Gemma Hwang, Plaintiff, and the Court having considered the papers and arguments, if any, submitted by counsel, and for other good cause shown,

IT IS on this __8th__ day of ~~November~~ **December** 2010 ORDERED as follows:

1. The deadline for completion of mediation shall now be set as January 31, 2011.

Dated: __December 8__, ~~California~~ 2010

~~November 21, 2010~~

SO ORDERED.

_____
Hon. Howard R. Lloyd
Magistrate Judge
United States District Court for the Northern District of California

3