United States District Court

For the Northern District of California

1

2                                          *E-FILED 06-17-2011*

3

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  GEMMA HWANG,                          No. C10-02382 HRL

                Plaintiff,
13
                                          **ORDER (1) VACATING FINAL**
    v.                                    **PRETRIAL CONFERENCE AND TRIAL**
14                                        **AND (2) SETTING STATUS**
    WH SHIPPING LLC; WOLFHOUND            **CONFERENCE**
15  SERVICES CORP.; NAMAHAGI VENTURES
    LLC; RICHARD J. COLOSIMO; MICHAEL A.  **ORDER TO SHOW CAUSE**
16  PRINCI; GULF HOLDINGS GROUP,

17              Defendants.

18  _____/

19        The court has received the parties' June 15, 2011 joint request to re-set all case

20  deadlines—all of which were set nearly one year ago, and most of which have long since

21  passed.  The court is disturbed by the fact that the parties' request comes at a time when this

22  case is scheduled to proceed to trial (and only after the court reminded the parties that they

23  failed to adhere to deadlines set in this court's Standing Order re Pretrial Preparation).

24        The previously scheduled final pretrial conference and trial dates are vacated.  The court

25  will instead hold a **status conference on June 21, 2011, 1:30 p.m.** (the date and time originally

26  set for the final pretrial conference).  Lead counsel for the parties shall appear in person and

27  explain (better than they have in the June 15, 2011 joint request):  (1) the current status of this

28  case and (2) why they believe re-setting the entire case schedule, well after the fact, is

warranted.  Counsel shall also appear and show cause why they should not be sanctioned for their apparent failure to comply with this court's orders.

　　　　　SO ORDERED.

Dated:　　June 17, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   5:10-cv-02382-HRL Notice has been electronically mailed to:

2   Eugene Steven Alkana     eugenealkana@mindspring.com

3   Richard J Colosimo     rick@asdworld.com

4   Richard James Colosimo     rick@asdworld.com

5   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California