**\*E-FILED 06-21-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG,<br><br>    Plaintiff,<br><br>  v.<br><br>WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI; GULF HOLDINGS GROUP,<br><br>    Defendants.<br>_____/ | No. C10-02382 HRL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT REQUEST RE CASE MANAGEMENT SCHEDULING ORDER**<br><br>[Re: Docket Nos. 30, 31] |

The court held a status conference and show cause hearing on June 21, 2011. Based on the discussion held, the court orders as follows:

    1.    Defendant Gulf Holdings Group is dismissed.

    2.    Lead counsel for each side is sanctioned $500.00, payable forthwith to the Clerk of the Court, for failure to comply with this court's orders.

    3.    The parties shall contact the chambers of Magistrate Judge Grewal well in advance of the Pretrial Conference to arrange a Settlement Conference to take place prior to the Pretrial Conference.

    4.    The Pretrial Conference is re-set for **January 17, 2012, 1:30 p.m.** The parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the

1 timing and content of the Joint Pretrial Statement, and other pretrial submissions.

2     5.    The start of bench trial (estimated 4 days) is re-set for **January 23, 2012**.

3     6.    Except as set out above, the parties' June 15, 2011 joint request re case management scheduling order is denied.

SO ORDERED.

Dated: June 21, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-02382-HRL Notice has been electronically mailed to:

2  Eugene Steven Alkana    eugenealkana@mindspring.com

3  Richard J Colosimo    rick@asdworld.com

4  Richard James Colosimo    rick@asdworld.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.