**\*E-FILED January 17, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG, | No. C10-02382 HRL |
| Plaintiff, | **ORDER RE-SETTING FINAL PRETRIAL CONFERENCE** |
| v. | |
| WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI, | |
| Defendants. | |

Following the parties' failure to properly prepare for the final pretrial conference and bench trial (originally set for June 21, 2011 and June 27, 2011, respectively), the final pretrial conference was re-set for January 17, 2012 and the bench trial was re-set to begin on January 23, 2012. Although plaintiff filed a pretrial statement in advance of the January 17 conference, she failed to submit any of the other documents (e.g., proposed findings of fact and conclusions of law, trial briefs, motions in limine, etc.) required by this court's Standing Order re Pretrial Preparation. Defendants failed to make any of the required pretrial filings. They also failed to appear at the January 17 conference.

This court is informed that defendant WH Shipping has filed for Chapter 7 bankruptcy. However, the parties have presented nothing to this court indicating that the stay of these

proceedings as to WH Shipping has been extended to the other defendants. Nor is this court convinced by plaintiff's arguments that trial cannot now proceed as to those other defendants. Nevertheless, the parties having once again failed to comply with the undersigned's Standing Order re Pretrial Preparation, and plaintiff having requested a brief continuance while she pursues a request for relief from the stay as to WH Shipping, IT IS ORDERED THAT:

1. The final pretrial conference is continued to **April 10, 2012, 1:30 p.m.** The parties are admonished to comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.

2. The bench trial set to begin on January 23, 2012 is vacated and will be re-set at the final pretrial conference.

Dated: January 17, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:10-cv-02382-HRL Notice has been electronically mailed to:

2  Eugene Steven Alkana    eugenealkana@mindspring.com

3  Richard J Colosimo    rick@asdworld.com

4  Richard James Colosimo    rick@asdworld.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.