*E-FILED: April 19, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG,<br><br>      Plaintiff,<br>  v.<br><br>WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI,<br><br>      Defendants.<br>_____/ | No. C10-02382 HRL<br><br>**ORDER RE FURTHER PRETRIAL CONFERENCE AND TRIAL** |

As discussed at the April 10, 2012 interim pretrial conference, the court orders as follows:

1. <u>Joint Supplemental Pretrial Statement</u>

No later than **July 23, 2012**, the parties shall file a Joint Supplemental Pretrial Statement that includes information required by Sections 8(g) and 8(i) of the court's Standing Order re Pretrial Preparation. The statement shall be filed by defendants.

As required by the court's standing order, the parties shall provide their estimate of trial time in <u>hours</u> needed for presentation of their respective cases, including cross-examination of opposing witnesses.

Plaintiff's exhibits shall be numbered 1-50. Defendants' exhibits shall be numbered 51 and on.

For each side's proposed exhibits, the Joint Supplemental Pretrial Statement must (1) include a brief description of each exhibit's substance or purpose; (2) identify the sponsoring witness; and (3) indicate whether there are any disputes as to authenticity or admissibility (and if so, the bases for the objection), or whether the parties have stipulated to the authenticity and admissibility of the exhibit.

2. <u>Exhibit Binders</u>

The parties' respective exhibits shall be indexed and tabbed and placed in a binder. If an exhibit contains multiple pages, each page of the exhibit must be numbered. For example, if Exhibit 1 has three pages, the pages shall be numbered 1-1, 1-2, and 1-3.

The parties shall prepare 4 copies of their exhibit binders—i.e., one for the party's own use, one for the opposing side, one for the court, one for witnesses. **The parties shall submit the court's copy of their exhibit binder(s) to the undersigned's chambers no later than July 23, 2012**.

3. <u>Further Pretrial Conference and Trial Dates</u>

A further Pretrial Conference is set for August 7, 2012, 1:30 p.m.

The bench trial (estimated 4 days) is set to begin on August 13, 2012.

SO ORDERED.

Dated: April 19, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:10-cv-02382-HRL Notice has been electronically mailed to:

2  Eugene Steven Alkana     eugenealkana@mindspring.com

3  Richard J Colosimo     rick@asdworld.com

4  Richard James Colosimo     rick@asdworld.com

**United States District Court**
For the Northern District of California