AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

GEMMA HWANG

                Plaintiff (s),

V.

WH SHIPPING, et al.

                Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 10-CV-02382 (HRL)

Notice is hereby given that, subject to approval by the court, __GEMMA HWANG__ substitutes
(Party (s) Name)

__MARTIN M. EISENBERG__, State Bar No. __50449__ as counsel of record in
(Name of New Attorney)

place of __EUGENE S. ALKANA__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LAW OFFICE OF MARTIN M. EISENBERG

    Address: 177 Bovet Road, Suite 600, San Mateo, CA 94402

    Telephone: (650) 638-2373      Facsimile (650) 341-1395

    E-Mail (Optional):

I consent to the above substitution.
Date: 5/14/12

    (Signature of Party (s))
    GEMMA HWANG

I consent to being substituted.
Date: 5/3/2012

    (Signature of Former Attorney (s))
    EUGENE S. ALKANA

I consent to the above substitution.
Date: 5/14/2012

    (Signature of New Attorney)
    MARTIN M. EISENBERG

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE
*Gemma Hwang v. W. H. Shipping, et al.*
USDC Case No. 10-CV-02382

STATE OF CALIFORNIA       )
                          )
COUNTY OF LOS ANGELES     )

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 131 N. El Molino Avenue, Suite 310, Pasadena, California 91101.

On May 14, 2012, I served the foregoing document described as

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on the interested parties in this action by placing ___ the original _X_ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael M Eisenberg<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402 | Gemma Hwang<br>Attn: Gen Management, Gemma Hwang<br>555 West Washington Avenue<br>Sunnyvale, CA 94086 |
| Chambers of Hon. Howard Lloyd<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113 | |

( X )   I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.

Richard J. Colosimo, Esq.
*rick@asdworld.com*

(X)   (STATE) I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

EXECUTED this 14th day of May, 2012, at Pasadena, California.

_____
Kathleen Wilber