※AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

**FILED**
MAY 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| GEMMA HWANG<br>Plaintiff (s),<br>V.<br>WH SHIPPING, et al.<br>Defendant (s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 10-CV-02382 (HRL) |

Notice is hereby given that, subject to approval by the court, __GEMMA HWANG__ substitutes
(Party (s) Name)

__MARTIN M. EISENBERG__, State Bar No. __50449__ as counsel of record in
(Name of New Attorney)

place of __EUGENE S. ALKANA__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __LAW OFFICE OF MARTIN M. EISENBERG__

Address: __177 Bovet Road, Suite 600, San Mateo, CA 94402__

Telephone: __(650) 638-2373__       Facsimile __(650) 341-1395__

E-Mail (Optional): ____

I consent to the above substitution.
Date: __5/14/12__

_(signature)_
(Signature of Party (s))
GEMMA HWANG

I consent to being substituted.
Date: __5/3/2012__

_(signature)_
(Signature of Former Attorney (s))
EUGENE S. ALKANA

I consent to the above substitution.
Date: __5/14/2012__

_(signature)_
(Signature of New Attorney)
MARTIN M. EISENBERG

The substitution of attorney is hereby approved and so ORDERED.
Date: __5/21/12__

_(signature)_
Judge
HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]