**United States District Court**
For the Northern District of California

*E-FILED: May 29, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG, | No. C10-02382 HRL |
| Plaintiff, | **ORDER RE SANCTIONS** |
| v. | |
| WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI, | |
| Defendants. | |

For the reasons stated in the court's April 19, 2012 Order to Show Cause (Dkt. No. 55) and discussed at the May 29, 2012 show cause hearing, Richard Colosimo is sanctioned in the amount $1500.00, payable forthwith to the Clerk of the Court.

SO ORDERED.

Dated: May 29, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02382-HRL Notice has been electronically mailed to:

Eugene Steven Alkana     eugenealkana@mindspring.com

Richard J Colosimo     rick@asdworld.com

Richard James Colosimo     rick@asdworld.com