*E-FILED: June 27, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG, | No. C10-02382 HRL |
| Plaintiff, | **ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI, | |
| Defendants. | |

Pursuant to the parties' stipulation, all defendants in this matter have been dismissed, except WH Shipping LLC. This court is told that the bankruptcy proceedings as to WH Shipping LLC are ongoing. Accordingly, the August 7, 2012 final pretrial conference and the August 13, 2012 start of trial (and related deadlines) are vacated.

Additionally, the court will order that this case be administratively closed *unless* by August 31, 2012 the parties have advised of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward. If the case is administratively closed, the closure will be without prejudice to any party to request that the matter be reopened should a change in circumstances warrant it.

Dated: June 27, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02382-HRL Notice has been electronically mailed to:

Martin M. Eisenberg     martyat111@aol.com

Richard J Colosimo     rick@asdworld.com

Richard James Colosimo     rick@asdworld.com