*E-FILED: September 10, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMMA HWANG, | No. C10-02382 HRL |
| Plaintiff, | |
| v. | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| WH SHIPPING LLC; WOLFHOUND SERVICES CORP.; NAMAHAGI VENTURES LLC; RICHARD J. COLOSIMO; MICHAEL A. PRINCI, | |
| Defendants. | |

The court was informed that bankruptcy proceedings as to WH Shipping, the sole remaining defendant, were ongoing. As such, the court notified the parties that this action would be administratively closed unless, by August 31, 2012, they advised of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward. No such notice having been filed by the parties, this matter shall be administratively closed. Either side may file a motion to reopen this matter should a change in circumstances warrant it.

SO ORDERED.

Dated: September 10, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | 5:10-cv-02382-HRL Notice has been electronically mailed to:

2 | Martin M. Eisenberg     martyat111@aol.com

3 | Richard J Colosimo     rick@asdworld.com

4 | Richard James Colosimo     rick@asdworld.com